RECEIVED

APR 25 2018

U.S. District Court
Eastern District of MO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

VENKATA CHOWDADA )
)
)
)
Plaintiff(s), )
)
v. )    Case No. _____
)      (to be assigned by Clerk of District Court)
THE JUDGE GROUP )
)
)
)    JURY TRIAL DEMANDED
)
)    YES ☐    NO ☐
)
Defendant(s).  (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1.      This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2.   Plaintiff's name: VENKATA CHOWDADA

Plaintiff's address: 702 CASTLE TOWER DR
Street address or P.O. Box

ELLISVILLE, MO, 63021
City/ County/ State/Zip Code

314-972-3372
Area code and telephone number

3.   Defendant's name: THE JUDGE GROUP

Defendant's address: 120 South Central Ave,   #1125
Street address or P.O. Box

Saint Louis, MO, 63105
City/County/State/ Zip Code

314-678-2700
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)              (City/County)              (State)   (Zip Code)

5.      When did the discrimination occur?  Please give the date or time period:

02/24/2017
_____

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes    Date filed: 08/22/2017 _____

☐ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 08/22/2017 _____

☐ No

8.      Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.      If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

__✓__ terms and conditions of my employment differ from those of similar employees

_____ retaliation

_____ harassment

_____ other conduct (specify):


Did you complain about this same conduct in your charge of discrimination?

☑ Yes                                    ☐ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

__✓__    race

_____    religion

_____    national origin

_____    color

_____    gender

_____    disability

_____    age (my birth date is:_____)

_____    other:

Did you state the same reason(s) in your charge of discrimination?

__✓_ Yes                    ___ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

When 2 weeks notice was given I was not notified until 2 days prior to my last date even though the account manager Brian Goddard is well aware in advance. My manager notified the defendant, Judge Group on 02/10/2017 about my last day as 02/24/2017 with a 2 weeks notice.  A week later my manager was contacted by the defendant to discuss when to communicate my last day with me.  And I was only contacted 2 days prior on 02/22/2017.  I have attached the email from my manager to this complaint form. It was clearly discrimination against me when 2 weeks notice was given but contacting my manager 1week after to discuss when to notify and deciding to notify me 2 days prior to my last day.  Even after my last day, I was never contacted by the defendant on pursuing the next job for my place of employment.

(Continue to page 6, if additional space is needed.)

5

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

```
I lost 5 months of pay and the gap in employment on my resume
causing damage to my career prospects.  5 months of unemployment
being head of household with 2 dependants and no source of income
and insurance caused significant damage.  I had to take a pay cut
to get employed on my next job in August 2017.  I request the
court to please consider the damages to the total of $100,000.00
as part of 5 months of unemployment due to job loss, dependants
expenses during those 5 months and a pay reduction on current job
since then.  Thank you!!
```

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _24_ day of _APRIL_____, 20_18_ .

Signature of Plaintiff _____

8